UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>AKIL SAEED DANIELS,<br><br>                              Defendant. | Case No.: 22cr2505-LL-1<br><br>**AMENDED ORDER CLARIFYING RULINGS ON MOTIONS IN LIMINE 26-4, 26-6**<br><br>**[ECF No. 39]** |

On January 23, 2023, the Court issued an order clarifying its prior rulings on the Government's Motions in Limine 26-4 and 26-6. ECF No. 46. Within that order, the Court erroneously stated that it previously granted the Government's motion in limine 26-6 at the hearing held on January 19, 2023. *Id.* at 1. In fact, the Court denied the Government's motion in limine 26-6. *See* ECF No. 38.

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court hereby corrects its clerical mistake. The Government's motion in limine 26-6 remains denied.

**IT IS SO ORDERED**.

Dated:  January 24, 2023

_____

Honorable Linda Lopez
United States District Judge

1